**UNITED STATES DISTRICT COURT**

**DISTRICT OF MAINE**

| | |
|---|---|
| **JOEL DOUGLAS, ET AL,** ) | |
| ) | |
| **PLAINTIFFS** ) | |
| ) | |
| V. ) | **CIVIL NO. 2:20-CV-227** |
| ) | |
| **SCOTT LALUMIERE, ET AL.,** ) | |
| ) | |
| **DEFENDANTS** ) | |

**ORDER OF RECUSAL**

As a senior judge, I am not taking cases involving requests for temporary restraining orders or preliminary injunctions. Accordingly, the Clerk's Office shall randomly reassign this case.

**SO ORDERED.**

**DATED THIS 15TH DAY OF SEPTEMBER, 2020**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**