UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| JOEL DOUGLAS, et al.,<br>Plaintiffs | )<br>)<br>) |
| v. | ) Civil No. 2:20-cv-00227-JDL<br>) |
| SCOTT LALUMIERE, et al.,<br>Defendants | )<br>)<br>) |

## JUDGMENT

In accordance with the Order on David Hirshon and LOSU, LLC's Motion to Dismiss issued on September 29, 2021 by Chief U.S. District Judge Jon D. Levy and the Order on Defendants David Hirshon and LOSU, LLC's Motion for Final Judgment issued on June 7, 2022 by Chief U.S. District Judge Jon D. Levy,

JUDGMENT OF DISMISSAL is hereby entered as to Defendants David Hirshon and LOSU, LLC .

                                                        CHRISTA K. BERRY
                                                        CLERK


                                      By:   /s/ Charity Pelletier
                                                Deputy Clerk

Dated: June 7, 2022