# United States Court of Appeals
## For the First Circuit

No. 22-1483

JOEL DOUGLAS; STEVEN FOWLER; JAMES LEWIS,

Plaintiffs, Appellants,

v.

DAVID HIRSHON; LOSU LLC,

Defendants, Appellees,

BIRCH POINT STORAGE LLC; SCOTT LALUMIERE; MICHAEL LYDEN; SHAWN LYDEN; RUSSELL OAKES; WAYNE LEWIS; ANDRE BELLUCCI; DAVID JONES; ROBERT BURGESS; ANDROSCOGGIN SAVINGS BANK; BANGOR SAVINGS BANK; CAMDEN NATIONAL BANK; DAVID CLARKE; MILK STREET CAPITAL LLC; MECAP, LLC, d/b/a Milk Street Capital LLC; COASTAL REALTY CAPITAL, LLC, d/b/a Maine Capital Group, LLC; MAINE CAPITAL GROUP, LLC; LH HOUSING, LLC; TTJR, LLC; F.O. BAILEY REAL ESTATE; BLR CAPITAL, LLC; ERIC HOLSAPPLE; MACHIAS SAVINGS BANK; JOHN DOE NUMBER I; JOHN DOE NUMBER II; JOHN DOE NUMBER III; JOHN DOE NUMBER IV,

Defendants.

**JUDGMENT**

Entered: March 21, 2023

This cause came on to be heard on appeal from the United States District Court for the District of Maine and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's decision is affirmed.

By the Court:

Maria R. Hamilton, Clerk

cc: Robert Clayton Andrews, Marshall J. Tinkle, Timothy H. Norton, Sally A. Morris, Thimi R Mina, Alfred Cecil Frawley IV, John Hayes Branson, Bernard J. Kubetz, Daniel Jerome Murphy, Paul McDonald, George T. Dilworth, Jeremy R. Fischer, Kasia Soon Park, Jeffrey D. Russell, Richard P. Olson, Cameron Goodwin, Frank Bruce Sleeper